ACCEPTED
15-24-00109-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/24/2025 2:15 PM
CHRISTOPHER A. PRINE
CLERK

# No. 15-24-00109-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/24/2025 2:15:17 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH JUDICIAL DISTRICT
## AUSTIN, TEXAS

Brandon Hodges, individually and in his Official Capacity as Trustee of District for Midland ISD, et al.,

*Appellants*

*v.*

Pecos-Barstow-Toyah Independent School District, et al.

*Appellees*

Accelerated Appeal from the
201st Judicial District Court, Travis County
Cause No. D-1-GN-24-005018

**Appellees' Notice of Change of Lead Counsel, Appearance, and Withdrawal**

TO THE HONORABLE THIRTEENTH COURT OF APPEALS:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, Appellees file this Notice of Change of Lead Counsel, Appearance, and Withdrawal.

Kevin O'Hanlon of O'Hanlon, Demerath & Castillo hereby enters his appearance as lead counsel for Appellees. Mr. O'Hanlon is replacing Mr. David Campbell as lead counsel.

David Campbell is withdrawing as counsel and consents to be replaced by Kevin

O'Hanlon, of the same firm, for Appellees in this cause.

Respectfully submitted,

/s/ Kevin O'Hanlon
Kevin O'Hanlon
State Bar No. 15235500
kohanlon@808west.com
O'Hanlon, Demerath & Castillo
808 West Avenue
Austin, TX 78701
Tel: (512) 494-9949
Fax: (512) 494-9919


/s/ David Campbell
David Campbell
Texas Bar No. 24057033
dcampbell@808west.com
O'Hanlon, Demerath & Castillo
808 West Avenue
Austin, TX 78701
Tel: (512) 494-9949
Fax: (512) 494-9919

**Counsel for Appellees**


## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(e), an automated certificate of service will be generated when this document is e-filed.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kathryn French on behalf of Kevin O'Hanlon
Bar No. 15235500
kfrench@808west.com
Envelope ID: 96577609
Filing Code Description: Other Document
Filing Description: Appellee's Notice of Lead Counsel
Status as of 1/24/2025 2:24 PM CST

Associated Case Party: Brandon Hodges, individually and in his official capacity as Trustee of District for Midland ISD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Byron K.Henry | | byron.henry@solidcounsel.com | 1/24/2025 2:15:17 PM | SENT |
| Melissa Diaz | | melissa.diaz@solidcounsel.com | 1/24/2025 2:15:17 PM | SENT |
| Walker StevenYoung | | walker.young@solidcounsel.com | 1/24/2025 2:15:17 PM | SENT |

Associated Case Party: Pecos-Barstow-Toyah Independent School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 1/24/2025 2:15:17 PM | SENT |
| David Campbell | | dcampbell@808west.com | 1/24/2025 2:15:17 PM | SENT |
| Kathryn French | | kfrench@808west.com | 1/24/2025 2:15:17 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 1/24/2025 2:15:17 PM | SENT |